393 A.2d 1279

Commonwealth v. Karpel, Appellant.

Argued April 14, 1978. Thomas A. Bowlen, for appellant; Conrad B. Capuzzi, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

393 A.2d 1279

Commonwealth, Appellant v. Kyser.

Argued April 14, 1978. R. Horgos, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellant; H. David Rothman, for appellee.

Order affirmed.

HESTER, J., dissented.